UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | S1 25cr484-17(DLC) |
| -v- | : | ORDER |
| DANIEL NEGRON, | : | |
| Defendant. | : | |

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for **July 30, 2026 at 12:00 PM** in Courtroom 18B, 500 Pearl Street, New York, New York.

Dated: New York, New York
July 27, 2026

DENISE COTE
United States District Judge